| | |
|---|---|
| 1 | PHILLIP A. TALBERT |
| 2 | United States Attorney<br>ALSTYN BENNETT |
| 3 | Assistant United States Attorney<br>501 I Street, Suite 10-100 |
| 4 | Sacramento, CA 95814<br>Telephone: (916) 554-2700 |

Attorneys for Plaintiff
United States of America

**FILED**
Apr 03, 2023
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:23-MJ-0002-JDP |
| Plaintiff, | ) | |
| | ) | **ORDER RE: REQUEST TO UNSEAL COMPLAINT AND ARREST WARRANT** |
| v. | ) | |
| ALEXANDER DIONY HLEUKA, | ) | |
| Defendant. | ) | |

Upon application of the United States of America and good cause having been shown,

**IT IS HEREBY ORDERED** that the file in the above-captioned matter be, and is, hereby ordered unsealed.

Dated: April 3, 2023

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE