FILED
June 7, 2024
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALEXANDER DIONY HLEUKA,<br><br>Defendant. | Case No. 2:23-mj-00002-JDP<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>ALEXANDER DIONY HLEUKA</u> Case No. <u>2:23-mj-00002-JDP</u> Charges <u>18 USC § 641</u> from custody for the following reasons:

    __x__    Release on Personal Recognizance

    _____    Bail Posted in the Sum of $ _____

              _____    Unsecured Appearance Bond $ _____

              _____    Appearance Bond with 10% Deposit

              _____    Appearance Bond with Surety

              _____    Corporate Surety Bail Bond

    __x__    (Other): <u>Release forthwith and with terms as stated on the record.</u>

Issued at Sacramento, California on June 7, 2024 at 2:15 PM

Dated: June 7, 2024

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE