HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA HARTER, #179741
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95823
Telephone: 916-498-5700
Fax: 916-498-5710
Linda_Harter@fd.org

Attorney for Defendant
ALEXANDER HLEUKA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:24-cr-00190-AC |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE STATUS CONFERENCE |
| v. | ) ) | |
| ALEXANDER HLEUKA, | ) ) | Date: August 19, 2024 Time: 9:00 a.m. |
| Defendant. | ) ) ) | Judge: Hon. Allison Claire |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Nicholas Fogg counsel for Plaintiff, and Assistant Federal Defender Linda Harter, counsel for defendant Alexander Hleuka, that the status conference scheduled for July 29, 2024, at 9:00 a.m. be continued to **August 19, 2024, at 9:00 a.m.**

This continuance is requested because defense counsel and her investigator needs more time to conduct an investigation concerning mitigation in preparation for plea negotiations. Defense counsel will need time to review a plea agreement with Mr. Hleuka. Counsel for defendant believes that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, as well as continuity of counsel.

For the purpose of computing time under 18 U.S.C. § 3161 *et seq.* (Speedy Trial Act), the parties request that the time period between July 29, 2024 and August 5, 2024, inclusive, be deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4), because it would result from a continuance granted by the Court at the defense's request, based on a finding that the ends of justice served by granting the continuance outweighs the best interest of the public and Mr. Hleuka in a speedy trial.

Dated: July 23, 2024              Respectfully submitted,

                                  HEATHER E. WILLIAMS
                                  Federal Public Defender

                                  */s/ Linda Harter*
                                  LINDA HARTER
                                  Assistant Federal Defender
                                  Attorney for ALEXANDER HLEUKA

Dated: July 23, 2024              PHILLIP A. TALBERT
                                  United States Attorney

                                  */s/ Nicholas Fogg*
                                  NICHOLAS FOGG
                                  Assistant US Attorney
                                  Attorney for Plaintiff

**[PROPOSED] O R D E R**

**IT IS HEREBY ORDERED** that "per Judge Claire the status conference is continued to **August 19, 2024 at 9:00 a.m.**"

Dated: July 29, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE